CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 12 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | Civil Action: 4:04CV00011 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| LLOYD YANCEY and | ) | By: Michael F. Urbanski |
| RONNIE RIDDLE, | ) | United States Magistrate Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, the plaintiff's motion for a default judgment against defendant Ronnie Riddle is GRANTED in the amount of $25,622.11. Defendant is PERMANENTLY ENJOINED from unauthorized use of DirecTV services and is to SURRENDER to DirecTV any pirate access devices and access cards in his possession as indicated in the opinion.

The Clerk shall send a copy of this order to Plaintiff's counsel of record and to the defendants.

Enter this 12th day of December, 2005.

Michael F. Urbanski
United States Magistrate Judge